FILED
LODGED
RECEIVED
MAIL
FEB 08 2018
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

Keenan Byrd
(Name of Plaintiff)

18 CV 0215 RSM-MAT

vs.

City of Seattle -
OFC. Bonesteel Seattle Police Dept
Todd Oleen - Seattle Police Dept

(Names of Defendant(s))

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

**I. Previous Lawsuits:**

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☐ Yes   ☑ No

B. If your answer to A is yes, how many?: _____. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

    Plaintiff: _____

    Defendants: _____
    _____

2. Court (give name of District): _____

3. Docket Number: _____

2

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

## II. Place of Present Confinement: _____

A. Is there a prisoner grievance procedure available at this institution?  ☑ Yes  ☐ No

B. Have you filed any grievances concerning the *facts* relating to this complaint?  ☐ Yes  ☑ No

If your answer is NO, explain why not: My complant did not happen at the institution

C. Is the grievance process completed?  ☐ Yes  ☐ No

**If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

## III. Parties to this Complaint

A. Name of Plaintiff: Keenan Byrd    Inmate No.: 2170 19350
Address: King County Jail 500 Fifth Ave. Seattle, WA 98104

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: Ofc. Bonesteel    Official Position: Seattle Police officer
Place of employment: Seattle Police Dept

C. Additional defendants Off Todd Olsen - Seattle Police officer, City of Seattle

3

### IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

On 1-24-15 I was walking down 2nd Ave. in Downtown Seattle. A friend of mine Greene stopped me and asked to use my lighter. I gave him my cigarette lighter and he took off running while laughing. I chased him and he went into a parking garage located at 200 Pike St. I told him "Cheese give me my lighter!" He looked at me and began laughing. "I'm keeping it" he replied. I took off my backpack and said "stop playing give me my lighter." As I why talking I was gesturing with my hands, about that time a police car drove up. The officers got out of their police car and officer Bonesteel asked what was going on. He then told me to sit on the front of the car. Ofc. Bonesteel asked me what happened and I said Greene "had assaulted" Greene yelled "shut the fuck up". I then told the officer I was only playing or kidding and Greene had took my lighter playing with me because he was a "big kid". Ofc Greene asked my name and birthdate. I gave him a name and birthdate (my brother). I had missed court on a misdemeanor probation review and was afraid I had a warrant (out of King County). Ofc Bonesteel finished his investigation so I asked him if he could release us. He said "No" so I asked him what crime had I committed. He said we were criminal trespassing in the garage, I replied "you must think all black people are stupid!" I said "unless the management of the garage gave me written or verbal

### V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want $500,000.00 for Injures suffered, violation of civil rights and Mental Distress from the city of Seattle.

_____
_____
_____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **29th** day of **January** 20**18**.

_____
(Signature of Plaintiff)

② 

waist section. My pants were totally destroyed. The officers drove me too the King County Jail in one car and another patrol car followed. When we arrived at the jail, the officers told me to walk. I said "I can't walk with shackles on" (By the way the officers also put a spit guard over my face at the scene of the crime). The officers grabbed me, all four them! One had my right arm, one had my left arm, one had my left leg and the other had my right leg. The officers picked me up and began to carry me. The officers that held my arms began to bend my fingers back while the officers who had my legs began bend my feet back.

I began screaming because I was in extreme pain. Screaming "please stop, you're hurting me." The officers replied

stop resisting. And they carried me into the booking area. The nurse was called because my nose was bleeding from the punch by Officer Bonesteel. I was then booked and taken up to the hole or adseg. The King County guards claimed that I had tried to bite an officer, which was a lie. I was so badly injured the next day I was taken to Harborview Hospital for medical treatment. I had to go by wheelchair because my injuries were so severe that couldn't walk. I was afraid my ankle were broke or my hands. my hands were injured in the assault. And also lost my sense of smell because of the assault. My right were undated under the 4th ammendment to the U.S. constitution by use of excessive force by Seattle Police Department Officers. Note (I do not have Officer Bonesteel's first name.

FILED MAIL RECEIVED
FEB 08 2018
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY               DEPUTY

p ①

instructions that I was not allowed on the property. I was not criminal trespassing and plus I had just moved to Seattle and had never been in the parking garage in my life." I then added "can you release us. Officer you have investigated what you thought was a crime taken place. And have discovered no crime has taken place. You have no right to detain us any longer. Under Terry vs Ohio unless you observe us committing a crime or someone fitting my description committed a crime you to release us." Ofc. Bonesteel said no again I told him can you please call your supervisor? He didn't reply. I asked him again. I was still sitting on the front hood of the police car. Officer Bonesteel never said I was under arrest, he just started punching me the first punch hit me in the nose. And my nose started bleeding. He then threw me to the ground. Officer Pirak ran over and they began grabbing me. About that

time Officer Olsen and other unidentified officers arrived at the scene. Several officers grabbed my feet and several grabbed my hands. While on the ground I asked Sgt. Grinstead "why I was assaulted? and I had did nothing wrong". The officers then put shackles on my feet and handcuffs on my wrist. While I was being put in the police by officer Pirak or officer Olsen. Officer Bonesteel was on the opposite side of the patrol car. Every time officer Pirak/Olsen (not sure which one) tried to put me in the back seat of the car officer Bonesteel attempted to snatch me violently from the opposite end of the car. Each time ofc. Bonesteel reached for me officer Pirak or Olsen would pull me back away from him. Finally Ofc. Bonesteel was able to grabbed hold of my pants and snatch me into the parole car. He pulled me so violently the pants that I was wearing were ripped compeletly around the

Name: Keenan Byrd
Bkg. # 217619300
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332



US POSTAGE $00.88 First-Class
Mailed From 98104
02/01/2018
032A 0061807160

US POSTAGE $01.61 First-Class
Mailed From 98104
02/07/2018
032A 0061807160

MAIL
FILED
LODGED
RECEIVED
FEB 08 2018
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY



Clerk, U.S. District Court
700 Stewart Street Suite 23
Seattle, WA 98101-1271