UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEENAN BYRD,

                Plaintiff,

v.

SEATTLE POLICE OFFICER BONESTEEL,

                Defendant.

Case No. C18-0215-RSM-MAT

ORDER GRANTING MOTION TO EXTEND DISPOSITIVE MOTION FILING DEADLINE

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on defendant's motion to extend the dispositive motion filing deadline. Plaintiff, in his response to defendant's motion, indicates that he does not oppose the requested extension, but he does seek additional relief related to audio and video recordings produced during discovery. The Court, having reviewed defendant's motion, plaintiff's response thereto, and the balance of the record, hereby ORDERS as follows:

(1) Defendant's motion to extend the dipositive motion filing deadline (Dkt. 23) is GRANTED. The dispositive motion filing deadline is extended to ***April 10, 2019***.

(2) Plaintiff, in his response to defendant's motion to extend the dispositive motion filing deadline, asserts that audio and video recordings produced in discovery need to be enhanced,

ORDER GRANTING MOTION TO
EXTEND DISPOSITIVE MOTION
FILING DEADLINE - 1

and he asks that the Court order defendant to enhance the recordings. The Court will not require defendant to bear the cost of enhancing the referenced recordings solely for the purpose of assisting plaintiff in the presentation of his case. Should defendant elect to enhance any of those recordings, and proffer such evidence in support of his defense, he will, of course, be required to provide plaintiff with a copy of such evidence.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Ricardo S. Martinez.

DATED this <u>14th</u> day of January, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION TO
EXTEND DISPOSITIVE MOTION
FILING DEADLINE - 2