UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEENAN BYRD,<br><br>    Plaintiff,<br><br> v.<br><br>SEATTLE POLICE OFFICER BONESTEEL,<br><br>    Defendant. | Case No. C18-0215-RSM-MAT<br><br>REPORT AND RECOMMENDATION |

  This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff alleges in this action that Seattle Police Officer Bonesteel violated his Fourth Amendment rights when Officer Bonesteel used excessive force against plaintiff while effectuating his arrest in January 2015. (*See* Dkt. 11.) On March 18, 2019, the Court received from the parties a stipulation and proposed order for dismissal of all claims with prejudice. (Dkt. 29.) Plaintiff did not personally sign the stipulation. Rather, one of the attorneys representing Officer Bonesteel, Ann Trivett, signed the stipulation on plaintiff's behalf. (*See id.*)

  In a declaration submitted in conjunction with the stipulation and proposed order for dismissal, Ms. Trivett explains that she received a voicemail from plaintiff on March 11, 2019 advising that he had decided not to pursue his lawsuit against Officer Bonesteel. (Dkt. 30, ¶ 4.)

REPORT AND RECOMMENDATION - 1

1  Ms. Trivett received another call from plaintiff on March 18, 2019 at which time plaintiff again
2  advised her that he had decided not to pursue his lawsuit against Officer Bonesteel. (*Id.*, ¶ 5.) Ms.
3  Trivett suggested to plaintiff that the parties jointly file a stipulation and order for dismissal of all
4  claims, which she had prepared in anticipation of plaintiff's call. (*Id.*) Ms. Trivett represents to
5  the Court that she read the stipulation to plaintiff, and that plaintiff gave her express authority to
6  sign and file the stipulation and order of dismissal with prejudice on his behalf. (*Id.*)

7        Based on the stipulation of the parties, this Court recommends that plaintiff Keenan Byrd's
8  amended complaint against Seattle Police Officer Bonesteel (Dkt. 11), and this action, be
9  dismissed with prejudice and without costs to any party. Because plaintiff has had no direct contact
10 with the Court indicating his desire to dismiss this action, the Court deems it appropriate to give
11 plaintiff an opportunity to file objections to this Report and Recommendation if, in fact, he wishes
12 to proceed with this action. Any objections should be filed with the Clerk and served upon all
13 parties to this suit within **twenty-one (21) days** of the date on which this Report and
14 Recommendation is signed. Objections should be noted for consideration on the District Judge's
15 motions calendar for the third Friday after they are filed. Responses to objections may be filed
16 within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter
17 will be ready for consideration by the District Judge on **May 3, 2019**. A proposed Order
18 accompanies this Report and Recommendation.

19        DATED this 9th day of April, 2019.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2