UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEENAN BYRD,

          Plaintiff,

v.

SEATTLE POLICE OFFICER BONESTEEL,

          Defendant.

Case No. C18-0215-RSM

ORDER OF DISMISSAL

The Court, having reviewed plaintiff's amended complaint, the parties' stipulation for dismissal, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's amended complaint (Dkt. 11), and this action, are DISMISSED with prejudice and without costs to either party; and

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Mary Alice Theiler.

DATED this 7 day of May 2019.

                                          RICARDO S. MARTINEZ
                                          CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1